## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

IN RE:

Teresa Ann Kalco

CHAPTER 13

CASE NO. 16-00639-TLM

## AGREED ORDER MODIFYING PLAN AND
## RESOLVING TRUSTEE'S MOTION TO DISMISS

**THIS MATTER** coming before the Court on Trustee's Motion to Dismiss for Material Default (docket no. 55) and Debtor's Motion to Modify the Plan (docket no. 58) to allow the Debtor to reduce plan payments from $446 per month to $225 per month and to cure the default at a later time, due notice having been given, and Trustee having objected that the proposed modification is not feasible and will not complete within 60 months and the parties having resolved all matters and noting that Debtor's income from training horses is seasonal have agreed to a payment schedule that will have increased payments in the months when Debtor's income is higher as set forth below, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Debtors' Plan is modified such that commencing in July 2017 plan payments will be reduced to $225 per month through June 2018, commencing in July 2018 plan payments will increase to $450 per month for four months, then commencing in November 2018 plan payments will be reduced to $225 per month for 6 months, commencing in May 2019 plan payments will increase to $500 per month through October 2019 then commencing in November 2019 through April 2020 decrease to $225 per month for six months and commencing in May 2020 plan payments will increase to $500 per month through October 2020, commencing in November 2020 through April 2021 plan payments will be reduced to $225 per month until all creditors receive 100% of their allowed claims.

**AGREED ORDER MODIFYING PLAN - 1**

**IT IS FURTHER ORDERED** that the Debtor will not be curing the current default in plan payments but will pay all creditors in full within the term of the plan. The default is currently $1701.52.

**IT IS FURTHER ORDERED** that in consideration of the Debtor not curing the current default in plan payments, Debtor agrees her plan may not be modified at a later date to pay creditors less than 100% of their allowed claims.

**IT IS FURTHER ORDERED** that all other provisions contained in the Debtor's confirmed Chapter 13 plan shall remain in full force and effect.// end of text//

DATED: July 5, 2017



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

/s/_____
Kathleen McCallister. Trustee

/s/_____
D Blair Clark, Counsel for Debtor

AGREED ORDER MODIFYING PLAN - 2